UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>06-12146-WGY</u>

**NEWRIVER, INC.**
**Plaintiff**

v.

**NEWKIRK PRODUCTS, INC.**
**Defendant**

JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED:**
Pursuant to the verdict of the jury, judgment enters declaring claims 1,3,4,5,,8,9,10 and 11 of the '635 patent invalid; and claims 6,13,14,15,19,20 and 21 of the '635 patent valid but not infringed.
**In all remaining respects, judgment enters for the defendant Newkirk Products, Inc.**

<u>/s/ William G. Young</u>
**So Approved**

<u>Sarah A. Thornton</u>
**Clerk**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**To All counsel**
**April 8, 2009**