IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEWRIVER, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>NEWKIRK PRODUCTS, INC.,<br><br>          Defendant. | CIVIL ACTION NO. 06-12146-WGY |

## STIPULATION OF VOLUNTARY DISMISSAL AND
## JOINT MOTION FOR VACATUR

Following extensive negotiations, Plaintiff NewRiver, Inc. and Defendant Newkirk

Products, Inc., report that they are prepared to settle this matter pursuant to terms indicated in a

confidential settlement agreement between the parties.

Accordingly, NewRiver and Newkirk, through their respective counsel and pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), stipulate to the dismissal with prejudice

of this action, including all claims and counterclaims, with each party to bear its own costs and

fees, and jointly move for vacatur of the judgment in this matter (D.I. 302) pursuant to the terms

of the settlement agreement between the parties.

SO ORDERED:                                         _William G. Young_
                                                    United States District Judge
                                                    June 25, 2010

Respectfully submitted,

NEWRIVER, INC.                              NEWKIRK PRODUCTS, INC.

By its attorneys,                          By its attorneys,


/s/ Michael A. Albert_____              /s/ Robert E. Heslin_____
Michael A. Albert (BBO # 558566)           Robert E. Heslin, BRN 101969 (NDNY)
malbert@wolfgreenfield.com                 Brett Hutton
John L. Strand (BBO # 654985)              HESLIN ROTHENBERG FARLEY &
jstrand@wolfgreenfield.com                 MESITI, P.C.
WOLF, GREENFIELD & SACKS, P.C.             5 Columbia Circle
600 Atlantic Avenue                        Albany, New York  12203-5160
Boston, Massachusetts 02210                518.452.5600
617.646.8000 phone
617.646.8646 facsimile
                                           Robert L. Kann,. BBO # 258025
                                           BROMBERG & SUNSTEIN LLP
Ilan N. Barzilay (BBO # 643978)            125 Summer Street
ibarzilay@seyfarth.com                     Boston, MA  02110
SEYFARTH SHAW LLP                          617.443.9292
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
617.946.4800 phone
617.946.4801 fax

Dated:  June 24, 2010


## CERTIFICATE OF SERVICE

        I certify that this document is being filed through the Court's electronic filing system,
which serves counsel for other parties who are registered participants as identified on the Notice
of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are
being served by first class mail on the date of electronic filing.

                                           /s/ Michael A. Albert  _____